# EXHIBIT A



# Glenn R. Miles FBI Files

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.

**File a Request**

Andrew Free filed this request with the Federal Bureau of Investigation of the United States of America.

| | |
|---|---|
| Tracking # | 1668952-001 |
| | A-2025-02265 |
| | 1668952-000 |
| Submitted | May 21, 2025 |

**STATUS**

Processing

**12 Communications**   **10 Files**

Filter communications                                    Collapse All

**From: Andrew Free**                                    05/21/2025

**Subject: Freedom of Information Act Request: Glenn R. Miles FBI Files**   Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

I request any FBI records pertaining to Glenn R. Miles, who was killed in the line of duty as a Customs Agent for the U.S. Treasury Department in Arizona on February 21, 1986. This request includes, but is not limited to any FBI lab analysis of Agent Miles' handheld audio recorder, or references to its contents, as well as any 302s or field reports regarding Agent Miles' potential interactions with the alleged drug traffickers who were reportedly involved in his murder. Finally, this request includes any records sent or received by FBI to William Laverty, U.S. Customs Attache at the U.S. Embassy in Mexico City regarding the July 1986 arrest of five Mexican nationals in Hermosillo, Sonora, Mexico who were alleged to have been involved with the slaying.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

001

> Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.
>
> Sincerely,
>
> Andrew Free

**From: Federal Bureau of Investigation**  05/29/2025

**Subject: eFOIA files available**  `Portal`

There are eFOIA files available for you to download.

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_R463636_D165471224

  👁 View    </> Embed    ⬇ Download

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_R463636_D165471244

  👁 View    </> Embed    ⬇ Download

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_R463636_D165471228

  👁 View    </> Embed    ⬇ Download

**From: Andrew Free**  07/15/2025

**Subject: RE: Freedom of Information Act Request: Glenn R. Miles FBI Files**  `Portal`

We appeal the redactions in this release, and also the determination not to provide us additional records without action from us. If you have closed this request, please reopen it and provide the 1 media file.

Thank you.

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_R463636_D165471224

  👁 View    </> Embed    ⬇ Download

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_R463636_D165471244

  👁 View    </> Embed    ⬇ Download

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_R463636_D165471228

  👁 View    </> Embed    ⬇ Download

| From: Federal Bureau of Investigation | 07/25/2025 |
|---|---|

**Subject:** Acknowledgment of FOIA Appeal A-2025-02265    `Portal`

The Office of Information Policy has received your FOIA Appeal.  Please see the attached acknowledgment letter.

 a-25-02265

👁 View    </> Embed    ⬇ Download

| From: Federal Bureau of Investigation | 09/15/2025 |
|---|---|

**Subject:** eFOIA files available    `Portal`

There are eFOIA files available for you to download.

- E1273e580af4e4f6d22f8febd3e54c807fd461ee149ee372a19_Q254151_D165554663

  👁 View    </> Embed    ⬇ Download

| From: Federal Bureau of Investigation | 09/23/2025 |
|---|---|

**Subject:** Response to FOIA Appeal A-2025-02265    `Portal`

The Office of Information Policy has made its final determination on your FOIA Appeal Number A-2025-02265 .  A copy of this determination is enclosed for your review, along with any enclosures, if applicable.  Thank you.

 A-2025-02265_response

**From: Andrew Free** 09/24/2025

Subject: RE: Freedom of Information Act Request #1668952-001   None

Good morning,

I appeal the 9/15/2025 communication from FBI regarding the request designated 1668952-001, which categorically denies some categories of unspecified records because they are third-party requests, and suggests that I provide a Certificate of Identity in order to access those records. The subject of the records I sought is a dead person. Hence, I cannot, within the current limits of generally accepted reality, obtain a sworn certification of identity regarding that individual at this time. As to other subjects, whom FBI may contend are "third parties", a balancing test is required to determine whether the exemptions cited even protect those individuals' identities, and no blanket application of Exemptions 6 or 7 is permitted. I therefore appeal the agency's second "determination" in this case, which arrived roughly a week before the resolution and partial remand of my first appeal.

Please remand this portion of the case to FBI FOIA with instructions to process records notwithstanding the presence of "third party" information and the absence of certification of identity forms signed by the Border Patrol Agent killed in 1986.

Many thanks,

Andrew Free

 A-2025-02265_response
View   Embed   Download

## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter



## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  *MuckRock Foundation*
  *263 Huntington Ave*
  *Boston, MA 02115*

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.





© 2010–2025 MuckRock

**SECTIONS**

News    Projects    Requests    Agencies    Jurisdictions    Newsletter

**ABOUT**

About Us    Staff    FAQ    API    Editorial Policy    Privacy Policy

Terms of Service    Financials

**FEEDS**

Latest Reporting    Latest Questions    Recently Filed Requests

Recently Completed Requests

007