# EXHIBIT C

# Memorandum

To : Director  Attn. Personal Crimes Unit          Date 8/26/87

From :

Subject :

USCPO Glen Miles Sr.-Victim
AFO-Murder
OO:Px

b6
b7C

b7E

b6
b7C

Re: Px teletype to Bureau 9/10/87

For the information of the Bureau and as outlined in referenced communication, both subjects in this case are in custody and charged with the murder of USCPO Miles. Both subjects will be tried in Nogales Mexico where they are currently in jail.

b7E
b7D

b7E

With the completion outlined above, it is apparent no further investigation will be conducted by the FBI in this case. In view of same Phoenix is closing this case subject to reopening It is however, not expected that any FBI personel will be involved in testimony at subjects' trial.

b7E

89-6013-25

17 SEP 1 1987

60 JAN 29 1988

1-5042

Bureau (2)
Phoenix (1)            001

b6
b7C

PAGE THREE PX 89A-470 UNCLAS ~~EFTO~~

HAVE BEEN INTERVIEWED IN THE SELLS-SAN MIGUEL, SASABE, ARIZONA, AREA, AS WELL AS IN THE ADJACENT AREA OF SONORA, MEXICO, ON THE OTHER SIDE OF THE BORDER. AS A RESULT OF THE INFORMATION OBTAINED THROUGH THESE INTERVIEWS, INVESTIGATION HAS NOW FOCUSED ON [REDACTED]

b6
b7C
b7D
b7E

CONTINUED CONTACT AND LIAISON ESTABLISHED WITH SAC JAMES SMITH OF U.S. CUSTOMS HAS FURTHER DEVELOPED INFORMATION ON 5/2/86. AS FOLLOWS: [REDACTED]

[REDACTED] ON THE NIGHT CPO MILES WAS KILLED. SECONDLY, ON THE EVENING THAT CPO MILES WAS KILLED, [REDACTED]

b6
b7C
b7D
b7E

IT SHOULD BE NOTED THAT THIS WAS ALMOST THE EXACT TIME THAT MILES

3

PAGE FOUR PX 89A-470 UNCLAS ~~EFTO~~

WAS REPORTEDLY KILLED.

    THIRD, ON THE NIGHT CPO MILES WAS KILLED, [redacted b6, b7C, b7D, b7E]

    FOURTH, ON THE NIGHT OF THE MURDER, [redacted b6, b7C, b7D, b7E]

    AT ONE POINT DURING THE COURSE OF THIS INVESTIGATION, SAC SMITH HAS ADVISED THAT THE [redacted b6, b7C, b7D, b7E]

4

FD-36 (Rev. 8-29-85)

FBI

TRANSMIT VIA:
☒ Teletype
☐ Facsimile
☐ _____

PRECEDENCE:
☒ Immediate
☐ Priority
☐ Routine

CLASSIFICATION:
☐ TOP SECRET
☐ SECRET
☐ CONFIDENTIAL
☐ UNCLAS E F T O
☒ UNCLAS

Date 2/23/86

```
FM PHOENIX (89A-NEW) (P)
TO DIRECTOR (IMMEDIATE) 055 0635 Z HQ
   ALBUQUERQUE (PRIORITY) 055 1159 Z AQ-1
   EL PASO (PRIORITY) 055 0700 Z EP
   SAN DIEGO (PRIORITY) 055 1358 Z SD1
   SAN ANTONIO (PRIORITY) 055 0650 Z SA
BT
UNCLAS
ATTN: SA [        ] PERSONAL CRIMES UNIT.
CHANGED. UNSUB; GLENN R. MILES, U.S. CUSTOMS PATROL OFFICER -
VICTIM; KFO; CIR - MURDER; OO: PHOENIX.
     TITLE MARKED "CHANGED" TO REFLECT KFO STATUS OF OFFENSE,
PREVIOUSLY INADVERTENTLY REPORTED AS "AFO".
     PHOENIX TEL TO FBIHQ DATED FEBRUARY 22, 1986.
     VICTIM, AT APPROXIMATELY 10:01 P.M., MOUNTAIN STANDARD
TIME, FRIDAY, FEBRUARY 22, 1986, MADE A RADIO TRANSMISSION
FROM HIS VEHICLE TO OTHER CUSTOMS PATROL OFFICERS (CPO) IN THE
SAN MIGUEL, ARIZONA AREA, REQUESTING BACKUP ASSISTANCE. VI[
```

b6
b7C

Searched ___ Serialized ___ Indexed ___ Filed ___

REVIEWED FOR INDEXING

89-470-2

Approved: _____   Transmitted _____ 801   Per _____
                    (Number)   (Time)

004

UNITED STATES GOVERNMENT

# memorandum

**DATE:** 2/28/86

**REPLY TO ATTN OF:** SSRA [       ]          b6 / b7C

**SUBJECT:** UNSUBS;
GLENN R. MILES,
U.S. CUSTOMS PATROL OFFICER - VICTIM
KFO; CIR-MURDER:
OO: PHOENIX

**TO:** SAC, PHOENIX (89A-470) (P)

This writer has been in contact with Detective [    ] Metro Narcotics (TPD), telephone 746-1421, ext. 368. Detective [    ] works the 2-10 p.m. shift. [    ] has advised this writer that he has source information that [        ] knows the following information:          b6 / b7C / b7D

[large redacted block]

Detective [    ] advised that they have been in receipt of other information that a 1978 Chrysler, Arizona registration [    ] registered to [            ] DOB [    ], is in fact a courier for narcotics who [redacted]. Metro surveillance placed the '78 Chrysler [    ] at [    ] residence on 1/31/86.          b6 / b7C / b7D

LEAD:

PHOENIX

AT TUCSON, ARIZONA

Will immediately interview [        ] for information he may have concerning the shooting of Customs Patrol Officer MILES. During interview, care should be taken not to divulge [redacted] in order to compromise the source. However, it can and should be mentioned to [    ] that we have in fact had him under surveillance, that we know about the Cordoba being at his residence on 1/31 and that we know he is dealing with [         ] in Tennessee. The feeling from Detective [    ] is that [    ] will in fact spill his guts if enough pressure is applied.          b6 / b7C / b7D

89-470-4

③ - Phoenix

005

OPTIONAL (REV. 1-80) GSA FPMR