# EXHIBIT G



Donate    Tools    Newsletter    Investigations    Search    File Request

# William Laverty Glenn Miles Records (U.S. Department of State)

Andrew Free filed this request with the U.S. Department of State of the United States of America.

| Tracking # | A-2025-00414 |
| | F-2025-18750 |
| Multi Request | William Laverty Glenn Miles Records |
| Submitted | May 21, 2025 |
| Due | June 25, 2025 |
| Est. Com… | None |

STATUS

**MuckRock users can file, duplicate, track, and share public records requests like this one.** Learn more.

[File a Request]

**22** Communications   **3** Files

Filter communications    Collapse All

**From: Andrew Free**  05/21/2025

**Subject: Freedom of Information Act Request: William Laverty Glenn Miles Rec…**  Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

On behalf of Prof. Natalia Mendoza, I request agency records from the U.S. Customs Service that were created between February 20, 1986, and continuing through December 31, 1986, pertaining communications sent or received by William Laverty, who served as the U.S. Customs Service Attache at the U.S. Embassy in Mexico City, regarding the slaying of U.S. Customs Agent Glenn R. Miles on or about February 21, 1986, while on patrol near the Tohono O'odham Reservation in Arizona. According to a July 1986 news article, Mexican Police arrested five men in connection with the "drug-related slaying" of miles. Customs Spokesman for the regional customs office in Houston, Charles Conroy, said the men were expected to face murder-related charges in July in Hermosillo, Sonora, Mexico. The five men arrested were identified by Conroy as "Jose Ignacio Alvarez-Arizpe, Victor Demare-Valenzuela, Norberto Ochoa-Reina, Antonio Mendoza-Vargas (aka Barcenas) and Abelardo Morales-Carrillo.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the

Awaiting Response

request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Andrew Free

**From: U.S. Department of State**  05/23/2025

**Subject: Ref: F-2025-18750**  Portal

Dear Andrew Free:

This acknowledges you information access request to the U.S. Department of State.  Your request number is F-2025-18750. You will find additional information such as the date your request was received and your request status in your electronic portal page under this case number.

If you requested expedited processing, a fee waiver, or if unusual circumstances apply, you will receive additional correspondence from us. For further assistance or to discuss any aspect of your request, you may contact our FOIA Requester Service Center or our FOIA Public Liaison via email to FOIAStatus@state.gov or by telephone at (202) 261-8484. (mailto:FOIAStatus@state.gov)
Regards,
Office of Information Access Liaison
Information Access Programs
U.S. Department of State

**From: U.S. Department of State**  05/23/2025

**Subject: Status Update for Request #F-2025-18750 with U.S. Department of State**  Portal

Dear Andrew Free,

The status of your FOIA request #F-2025-18750 has been updated to the following status 'Received'. To learn more, you may log into the DoS FOIA Portal via the Application URL at https://pal.foia.state.gov.

002

If that status is "On Hold", please review the email you received and provide the requested information. If you did not receive an email, please contact the FOIA Requester Service Center via email at FOIAStatus@state.gov. (mailto:FOIAStatus@state.gov)

If that status is "Closed" or "Documents Delivered", then the Department's response will be emailed or mailed (via US Postal Service). Please check your email account (including junk/spam mail) for the Department's response OR allow 7 to 10 business days to receive the Department's response by US Postal Service mail.

Regards,
U.S. Department of State

| From: U.S. Department of State | 06/27/2025 |

Subject: Status Update for Request #F-2025-18750 with U.S. Department of State   Portal

Dear Andrew Free,

The status of your FOIA request #F-2025-18750 has been updated to the following status 'On Hold - Need Info/Clarification'. To learn more, you may log into the DoS FOIA Portal via the Application URL at https://pal.foia.state.gov.

If that status is "On Hold", please review the email you received and provide the requested information. If you did not receive an email, please contact the FOIA Requester Service Center via email at FOIAStatus@state.gov. (mailto:FOIAStatus@state.gov)

If that status is "Closed" or "Documents Delivered", then the Department's response will be emailed or mailed (via US Postal Service). Please check your email account (including junk/spam mail) for the Department's response OR allow 7 to 10 business days to receive the Department's response by US Postal Service mail.

Regards,
U.S. Department of State

| From: U.S. Department of State | 06/27/2025 |

Subject: F-2025-18750 Freedom of Information Act Acknowledgement   Portal

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLYTO THIS EMAIL.**

Dear Mr. Andrew Free:

This email correspondence acknowledges receipt of yourMay 23, 2025, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Information Access ProgramsDirectorate (A/SKS/IAP) on May 23, 2025. You are seeking a copy of, To Whom It May Concern:Pursuant to the Freedom of Information Act, I hereby request the following records:

"On behalf of Prof. Natalia Mendoza, I request agency records from the U.S. Customs Service that were created between February 20, 1986, and continuing through December 31, 1986, pertaining communications sent or received by William Laverty, who served as the U.S. Customs Service Attache at the U.S. Embassy in Mexico City, regarding the slaying of U.S. Customs Agent Glenn R. Miles on or about February 21, 1986, while on patrol near the Tohono O'odham Reservation in Arizona. According to a July 1986 news article, Mexican Police arrested five men in connection with the "drug-related slaying" of miles. Customs Spokesman for the regional customs office in Houston, Charles Conroy, said the men were expected to face murder-related charges in July in Hermosillo, Sonora, Mexico. The five men arrested were identified by Conroy as "Jose Ignacio Alvarez-Arizpe, Victor Demare-Valenzuela, Norberto Ochoa-Reina, Antonio Mendoza-Vargas (aka Barcenas) and Abelardo Morales-Carrillo. The requested documents will be made available to the general public, and this request is not being made for commercial purposes. In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not. Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires. Sincerely, Andrew Free Upload documents directly: https://www.muckrock.com/ (Date Range for Record Search: From 02/20/1986 To 12/31/1986). Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media.

A/SKS/IAP assigned your request the subject reference number and placed it in the simple processing track. See 22 CFR § 171.12(b).

More information is needed from you regarding the information sought.

Your request for personal records does not include the required verification of identity documentation. In general, under the provisions of the Freedom of Information Act (5 U.S.C. § 552) and the Privacy Act of 1974 (5 U.S.C. § 552a), access to information about private individuals cannot be given to unauthorized parties, absent the individuals' written consent. No later than July 9, 2025, submit the required information, by emailing foiarequest@state.gov.

You may submit the required information - with one of the following valid forms of authorization by emailing or mailing a (1) completed Request for Individual Access to Records Protected under the Privacy Act (DS-4240-R) form, https://foia.state.gov/Request/forms/DS-4240-R.pdf or (2 ) a completed Consent for Disclosure of Records Protected under the Privacy Act (DS-4240-C) form, https://foia.state.gov/Request/forms/DS-4240-C.pdf, or returning a (3) notarized signature with a written request, or (4) one that bears a signature accompanied by an under penalty of perjury statement pursuant to 28 U.S.C. § 1746.

For more information on how to make a proper request, please visit, foia.state.gov. You may also contact us by mail at Information Access Programs Directorate (A/SKS/IAP), U.S. Department of State, 2201 C Street, NW, Washington, D.C. 20520; by fax to (202) 485-1669.

Reference the request number in all correspondence about this request.

1. Note that requests must be signed and dated within six (6) months of the request.
2. If you are signing under penalty of perjury statement, your request must be dated and must have your signature with the following statement: "I [declare, certify, verify, or state] under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.
3. The Department does not accept DS 5505 Authorization for Release of Information Under the Privacy Act. Nor do we accept Department of Justice or Department or Homeland Security PA forms.
4. Please also note that requests from or about a non-United States citizen or alien lawfully admitted for permanent residence will also need to be certified according to one of these options, to maximize the release of the requested information.
5. Furthermore, although not required, information such as social security number, permanent resident ("green card") number, passport number and

other personal identifying information will assist the Department in matching the individual's information provided in this request with the records that pertain to that individual.

If you provide the required verification of identity documentation the Department will move forward with processing your request. Once your request is processed, an agency official will issue to you an official response to your request.

However, if you fail to provide the required verification of identity documentation by the stated due date, then we may administratively close the request for this reason.

You will not be charged FOIA processing fees.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, you may also contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov ; telephone at 202-741-5770;or toll free at 1-877-684-6448.

Sincerely,

Brooke Nicholas
Supervisory Government Information Specialist
Information Access Liaison Office
U.S. Department of State

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**"

| From: U.S. Department of State | 06/27/2025 |
|---|---|

**Subject:** Status Update for Request #F-2025-18750 with U.S. Department of State  `Portal`

Dear Andrew Free,

The status of your FOIA request #F-2025-18750 has been updated to the following status 'On Hold - Need Info/Clarification'. To learn more, you may log into the DoS FOIA Portal via the Application URL at https://pal.foia.state.gov.
If that status is "On Hold", please review the email you received and provide the requested information. If you did not receive an email, please contact the FOIA Requester Service Center via email at FOIAStatus@state.gov. (mailto:FOIAStatus@state.gov)
If that status is "Closed" or "Documents Delivered", then the Department's response will be emailed or mailed (via US Postal Service). Please check your email account (including junk/spam mail) for the Department's response OR allow 7 to 10 business days to receive the Department's response by US Postal Service mail.
Regards,
U.S. Department of State

**From: Andrew Free**  06/30/2025

**Subject:** RE: Freedom of Information Act Request #F-2025-18750  `Portal`

Good morning,

I am requesting records without a third-party authorization because one is not required by FOIA or State's regulations. I have provided the names and information in the request to allow for a targeted search. Please task it or make a determination on the request so that I may appeal.

Thank you,

Andrew Free

**From: Muckrock Staff**  07/30/2025

**From: U.S. Department of State**  08/01/2025

**Subject:** RE: [External] RE: Freedom of Information Act Request #F-2025-18750  `Email`

Good morning -

The Information Access Liaison Office is in receipt of your email below regarding case number F-2025-18750.

Thank you for your response.
Regards,

U.S. Department of State
Information Access Liaison Office
FOIA Requester Service Center
[cid:image001.png@01DC02C3.09DE63C0]

image002

⬇ Download

~WRD0002

⬇ Download

image001

⬇ Download

**From: U.S. Department of State**  08/01/2025

**Subject: Ref: F-2025-18750, Freedom of Information Act Final Response**  Email

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Dear Mr. Andrew Free: This is in furtherance to our acknowledgement to your May 23, 2025, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Information Access Programs Directorate on May 23, 2025 and further clarified July 1, 2025.

You are seeking a copy of "...agency records from the U.S. Customs Service that were created between February 20, 1986, and continuing through December 31, 1986, pertaining to communications sent or received by William Laverty, who served as the U.S. Customs Service Attache at the U.S. Embassy in Mexico City, regarding the slaying of U.S. Customs Agent Glenn R. Miles on or about February 21, 1986, while on patrol near the Tohono O'odham Reservation in Arizona."   (Date Range for Record Search: From 2/20/1986 To 12/31/1986). Please note that you contacted the U.S. Department of State with the United States federal government.  The U.S.

Department of State's records document (1) the formulation and execution of U.S. foreign policy and(2) the administration and operations of the U.S. Department of State and its missions abroad.  For information on the U.S. Department of State's records visit, https://foia.state.gov/.

A FOIA request must reasonably describe the Department's records that are being sought to enable Department personnel to begin a search for responsive records. Such details may include the reasons why you believe the Department may have records regarding the subject of the request. Based on the original request you provided, we do not have reason to believe the U.S. Department of State has records responsive to your request.  Accordingly, we are administratively closing your request. We suggest that you contact the U.S. Customs Border of Protection (CBP) directly for records related to this request. According to the CBP website, "CBP operates Attaché Offices in 26 countries around the world. Attachés are posted in U.S. Embassies and Consulates and serve as the Chief of Mission's Customs and Border Protection in-house specialists where they inform and advise the U.S. Ambassador or Consul General on CBP programs and capabilities. CBP Attachés support and oversee all CBP programs in their area of responsibility."

You can find CBP's contact information by going to FOIA.gov -Freedom of Information Act ( https://www.foia.gov/ ). This recommendation is based on our knowledge of the requested records and should not serve as confirmation that [insert agency abbreviation] is in possession of those records.

Furthermore, the National Archives and Records Administration (NARA), may have the information you are seeking.  This recommendation is based on our knowledge of the requested records and should not serve as confirmation that NARA is in possession of those records.  Please note that, while NARA is the nation's record keeper, less than 3 percent of all records created by the United States Government are determined to be of such significant historical value that they are kept by NARA forever. Should you wish to submit a FOIA request to NARA, for your convenience, NARA's contact information is: Special Access and FOIA Staff(RD-F), 8601 Adelphi Road, Room 5500, College Park, MD 20740, FAX (301)837-1864, specialaccess_foia@nara.gov. You can find more information about how to submit a FOIA request to NARA at the following link: ( (https://www.archives.gov/foia/foia-guide#toc-iii-how-to-make-a-foia-request) Freedom of Information Act (FOIA) Reference Guide (2018) |

National Archives ). NARA can also be reached by phone at (301) 837-3190. (https://www.archives.gov/foia/foia-guide#toc-iii-how-to-make-a-foia-request) https://www.archives.gov/foia/foia-guide#toc-iii-how-to-make-a-foia-request Please note the Department, like other federal agencies,maintain certain records for a designated time per the Federal RecordsAct.  If you are interested in learning more about the types of recordsmaintained by the Department and for how long, then please visit the webpage,The Life of a Document, at https://foia.state.gov/Learn/DocumentLifecycle.aspx

If you are not satisfied with this response, you may administratively appeal bywriting to:  Appeals Officer, Information Access Programs Directorate(A/SKS/IAP), U.S. Department of State, 2201 C Street, NW, Washington, D.C.20520; by fax to (202) 485-1669; or by email to . Appeals must be postmarked or electronically submitted within 90 calendar daysof the date of this initial agency decision letter.  Please include a copyof this letter with your written appeal and clearly state why you disagree withthe determinations set forth in this response. (mailto:FOIAAppeals@state.gov) FOIAAppeals@state.gov

If you have any questions regarding your request, pleasecontact our FOIA Requester Service Center or our FOIA Public Liaison by emailat ortelephone at 202-261-8484.  Additionally, you may contact the Office ofGovernment Information Services (OGIS) at the National Archives and RecordsAdministration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of GovernmentInformation Services, National Archives and Records Administration, 8601Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at (mailto:FOIAstatus@state.gov) FOIAstatus@state.gov ; telephone at202-741-5770; or toll free at 1-877-684-6448. (mailto:ogis@nara.gov) ogis@nara.gov

Sincerely,

Brooke Nicholas Supervisory Government Information Specialist Information Access Liaison Office

U.S. Department of State **THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TOTHIS EMAIL.**

| From: U.S. Department of State | 08/01/2025 |
|---|---|
| Subject: Status Update for Request #F-2025-18750 with U.S. Department of State | Email |

Dear Andrew Free,

The status of your FOIA request #F-2025-18750 has been updated to the following status 'Closed'. To learn more, you may log into the DoS FOIA Portal via the Application URL at https://pal.foia.state.gov.
If that status is "On Hold", please review the email you received and provide the requested information. If you did not receive an email, please contact the FOIA Requester Service Center via email at FOIAStatus@state.gov. (mailto:FOIAStatus@state.gov)
If that status is "Closed" or "Documents Delivered", then the Department's response will be emailed or mailed (via US Postal Service). Please check your email account (including junk/spam mail) for the Department's response OR allow 7 to 10 business days to receive the Department's response by US Postal Service mail.
Regards,
U.S. Department of State

**From: Andrew Free** — 08/01/2025

Subject: RE: Freedom of Information Act Request #F-2025-18750 — Mail

I appeal.

**From: U.S. Department of State** — 08/18/2025

Subject: Acknowledgement of appeal for FOIA case F-2025-18750 — Email

August 18, 2025
Andrew Free N/A MuckRock News, DEPT MR186856,263 Huntington Ave Boston,MA 02115
DearMr. Free: Thisis to inform you that the Department of State has received your letter dated August 1, 2025,appealing Freedom of Information Act Case No. F-2025-18750.  Your appeal has been assigned tracking number A-2025-00414, please use this number in further correspondence. Shouldyou have any questions concerning the status of your appeal, please contact FOIAStatus@state.gov, or write to: Appeals Officer Information Access ProgramsDirectorate (A/SKS/IAP) U.S. Department of State 2201 C Street, NW,Washington, D.C. 20520
Sincerely,
Litigation and Appeals Office
Information Access Programs Directorate

| From: Muckrock Staff | 09/17/2025 |
|---|---|

| From: U.S. Department of State | 09/17/2025 |
|---|---|

**Subject:** Re: [External] RE: Freedom of Information Act Request #A-2025-00414   `Email`

Good morning,

Your appeal is currently awaiting review. Our office operates on a first in-first out basis. When review concludes and a final determination has been made, we will notify you of our decision via the email account you provided. Please feel free to reach out to foiastatus@state.gov for status updates.

Sincerely,

Litigation and Appeals Office
Information Access Programs Directorate

## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

**Subscribe with your email address**

[ Your email address ]   [✉ Subscribe]

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.

✅ Choose amount

One-time    Monthly