# EXHIBIT H



Donate   Tools   Newsletter   Investigations   Search   File Request

# Glenn R. Miles Investigation

MuckRock users can file, duplicate, track, and share public records requests like this one. Learn more.

**File a Request**

Andrew Free filed this request with the Bureau of Indian Affairs of the United States of America.

| | |
|---|---|
| Tracking # | DOI-2025-006691 |
| Submitted | May 21, 2025 |
| Est. Com… | None |

**STATUS**

Awaiting Appeal

**11 Communications**   **2 Files**

Filter communications   Collapse All

**From: Andrew Free**   05/21/2025

**Subject: Freedom of Information Act Request: Glenn R. Miles Investigation**   Portal

To Whom It May Concern:

Pursuant to the Freedom of Information Act, I hereby request the following records:

All records of investigation into or communication regarding the February 21, 1986, murder of U.S. Customs Agent Glenn R. Miles within the Tohono O'odham Reservation on the U.S.-Mexico border.

The requested documents will be made available to the general public, and this request is not being made for commercial purposes.

In the event that there are fees, I would be grateful if you would inform me of the total charges in advance of fulfilling my request. I would prefer the request filled electronically, by e-mail attachment if available or CD-ROM if not.

Thank you in advance for your anticipated cooperation in this matter. I look forward to receiving your response to this request within 20 business days, as the statute requires.

Sincerely,

Andrew Free

**From: Bureau of Indian Affairs**   05/22/2025

| | |
|---|---|
| **Subject: Request Received by DOI FOIA Office** | Email |

Dear Andrew Free,
We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2025-006691. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.
Regards,
DOI FOIA Office

| | |
|---|---|
| **From: Muckrock Staff** | 06/23/2025 |

| | |
|---|---|
| **From: Muckrock Staff** | 07/23/2025 |

| | |
|---|---|
| **From: Bureau of Indian Affairs** | 08/06/2025 |
| **Subject: Status Update for Request #DOI-2025-006691** | Email |

Dear Andrew Free,
The status of your BIA-OJS FOIA request #DOI-2025-006691 has been updated to the following status 'Closed'. To log into the DOI Public Accesss Link for FOIA Request Submission click on the Application URL below.

https://foiaxpresspal.doi.gov
Sincerely,
DOI FOIA Office

| | |
|---|---|
| **From: Andrew Free** | 08/06/2025 |
| **Subject: RE: Freedom of Information Act Request #DOI-2025-006691** | Email |

I appeal.

| | |
|---|---|
| **From: Muckrock Staff** | 09/05/2025 |

| From: Bureau of Indian Affairs | 09/10/2025 |
|---|---|
| **Subject:** None | Mail (Postmarked Aug. 15, 2025) |

A no responsive documents response.

 No Responsive Documents

View    Embed    Download

| From: Andrew Free | 09/10/2025 |
|---|---|
| **Subject:** RE: Freedom of Information Act Request #DOI-2025-006691 | Email |

I appeal the adequacy of the search. While the FBI was the primary investigative agency, contemporaneous records reflect a BIA support role in the investigation, and indicate records were created as part of that role.

Thank you,

Andrew Free

 No Responsive Documents

View    Embed    Download

## For the Record

Keep up on new releases, projects and reporting with MuckRock's weekly newsletter

**Subscribe with your email address**

Subscribe

By subscribing, you agree to MuckRock's Terms of Service and Privacy Policy.



## Together, we hold power to account and shine a light on government transparency

Your donation fuels vital tools such as MuckRock Requests, FOIA Machine, DocumentCloud and oTranscribe that promote civic engagement.

- To donate via Apple Pay, please visit our dedicated GiveButter page.
- Or mailed to:
  MuckRock Foundation
  263 Huntington Ave
  Boston, MA 02115

You can always find our most current financial statements at MuckRock's financial transparency page.

If you'd like to support our work with a legacy, a gift of stocks or crypto currency, contact marcia@muckrock.com.

MuckRock is a non-profit collaborative news site that gives you the tools to keep our government transparent and accountable.

Make a Donation

MuckRock is a 501(c)(3) organization.

Our tax identification number is 81-1485228.

Donations are tax-deductible.





© 2010–2025 MuckRock

SECTIONS

News    Projects    Requests    Agencies    Jurisdictions    Newsletter

ABOUT

About Us   Staff   FAQ   API   Editorial Policy   Privacy Policy

Terms of Service   Financials

**FEEDS**

Latest Reporting   Latest Questions   Recently Filed Requests

Recently Completed Requests