# EXHIBIT I



# United States Department of the Interior

BUREAU OF INDIAN AFFAIRS
Washington, DC  20240

AUG – 7 2025

IN REPLY REFER TO:
DOI-2025-006691

Andrew Free
MuckRock News
Dept MR 186863
263 Huntington Ave
Boston, Massachusetts 02115
186863-91441388@requests.muckrock.com

Dear Mr. Free:

The Bureau of Indian Affairs (BIA), Office of Justice Services (OJS), District III Office, FOIA office received your Freedom of Information Act (FOIA) request, dated May 22, 2025, on May 27, 2025 and assigned it control number DOI-2025-006691.  Please cite this number in any future communications with our office regarding your request.  You describe the records you seek as:

"All records of investigation into or communication regarding the February 21, 1986, murder of U.S. Customs Agent Glenn R. Miles within the Tohono O'odham Reservation on the U.S.-Mexico border."

After a search for the records, we did not identify any responsive records to your request.

The Federal Bureau of Investigation was one of the investigating agency, it is possible they may have records responsive to your request. Should you wish to make a request to the FBI, their information is below:

Email: foiparequest@ic.fbi.gov
Fax: (540) 868-4391/4997
FOIA Requestor Service Center (RSC): (540) 868-1535 Website: www.fbi.gov/foia

**Appeal Rights—*43 C.F.R. §§ 2.57, .58, .59***

You may appeal this response to the Department's FOIA/Privacy Act Appeals Officer. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal **no later than 30 workdays** from the date of this letter. Appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

**Your appeal must be made in writing.**  You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email.  All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL."  You must include an explanation of why you believe the BIA's response is in error.  You must also include with your appeal copies of all correspondence between you and BIA concerning your FOIA request, including your original FOIA request and BIA's response.  Failure to include with your appeal all correspondence between you and BIA

OJS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

*DOI FOIA/Privacy Act Appeals Office Contact Information*

Department of the Interior
Office of the Solicitor
1849 C Street, N.W.
MS-6556 MIB
Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339
Fax: (202) 208-6677
Email: FOIA.Appeals@sol.doi.gov

**Conclusion**

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of FOIA.  *See* 5 U.S.C. 552(c).  This response is limited to those records that are subject to the requirements of FOIA.  This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

The 2007 FOIA amendments created the Office of Government Information Services (OGIS) to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  Using OGIS services does not affect your right to pursue litigation.  You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road - OGIS
College Park, MD 20740-6001

E-mail: ogis@nara.gov
Web: https://ogis.archives.gov
Telephone: 202-741-5770
Fax: 202-741-5769
Toll-free: 1-877-684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

You may also seek dispute resolution services from our interim FOIA Public Liaison, Heather Garcia at 202-208-3135 or via email at foia@bia.gov. Written correspondence may be sent to Ms. Rogers at the following: U.S. Department of the Interior, Assistant Secretary - Indian Affairs, 1849 C Street, NW, MS 4658-MIB, Washington, DC 20240.

If you have any questions about our response to your request, you may contact Lejeune Howato at 602-416-2202, by email at Lejeune.howato@bia.gov, or by mail at 2600 N Central Ave, Phoenix, Arizona 85004.

Sincerely,

Anthony Tewawina
Acting Special Agent in Charge