UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA TUSCON DIVISION

| | |
|---|---|
| Natalia Mendoza; Andrew Free,<br><br>        Plaintiffs,<br><br>v.<br><br>U.S. Federal Bureau of Investigation, et. al,<br><br>        Defendants. | Case No. 4:25-cv-00539-JEM<br><br>**NOTICE OF APPEARANCE** |

### Notice of Appearance

Daniel Melo hereby enters his appearance in this case as counsel for the Plaintiffs, Natalia Mendoza and Andrew Free.

DATED this 26 day of September, 2025.

                                            Respectfully submitted,

                                            /s/ Daniel Melo
                                            Daniel Melo
                                            The Melo Law Firm, PLLC
                                            Federal FOIA & Transparency Litigation
                                            Tel: (919) 348-9213
                                            Email: dan@themelolawfirm.com
                                            Attorney for Plaintiffs