Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA TUSCON DIVISION**

| | |
|---|---|
| Natalia Mendoza; Andrew Free, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>U.S. Federal Bureau of Investigation; U.S. Department of State; U.S. Bureau Of Indian Affairs <br><br>　　　　Defendants. | Case No. 4:25-cv-00539-JEM |

**Certificate of Service**

I hereby certify that on 8th day of October, 2025, I caused to be served the Summons and Complaint in the above-captioned matter upon the following parties by certified mail, proof of which is attached to this filing:

Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535-0001

U.S. Department of State
The Executive Office, Office of the Legal Adviser
Suite 5.600

1

600 19th Street NW
Washington, DC 20522

Arizona Department of Public Safety
2222 W. Encanto Blvd.
Phoenix, AZ 85009

U.S. Attorney, District of Arizona (Tucson Division)
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


Respectfully submitted,


　/s/ Daniel Melo
Daniel Melo
The Melo Law Firm, PLLC
Tel: (919) 348-9213
Email: dan@themelolawfirm.com
*Pro Bono Attorney for Plaintiffs*

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove X

## 9402611898765478585429

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 8:39 am on October 6, 2025 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20240
October 6, 2025, 8:39 am

See All Tracking History

Feedback

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ∧

**Tracking Number:**

Remove X

## 9402611898765478584774

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 6:05 am on October 6, 2025 in WASHINGTON, DC 20521.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20521
October 6, 2025, 6:05 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

**Tracking Number:**                                                                 Remove ✕

# 9402611898765478589229

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:38 am on October 7, 2025 in TUCSON, AZ 85701.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

TUCSON, AZ 85701
October 7, 2025, 11:38 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ∨

Remove ✕

**Tracking Number:**

# 9402611898765478566862

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 6:35 am on October 6, 2025 in WASHINGTON, DC 20535.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20535
October 6, 2025, 6:35 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

See More ⌄

Remove ✕

**Tracking Number:**

# 9402611898765478567982

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at the post office at 4:56 am on October 6, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

**Delivered**

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
October 6, 2025, 4:56 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs