**YBARRA MALDONADO LAW GROUP**
Ray Ybarra Maldonado, No. 02706
Nicholas A. Bustamante, No. 037015
2700 N. Central Avenue, Suite 1130
Phoenix AZ 85004
Telephone: (602) 910-4040
nicholas@abogadoray.com
courts@abogadoray.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA TUSCON DIVISION**

| | |
|---|---|
| NATALIA MENDOZA; ANDREW FREE ) | |
| ) | Case No.: 4:25-cv-00539-JEM |
| Plaintiffs, ) | |
| vs. ) | **NOTICE of ASSOCIATION OF** |
| UNITED STATES FEDERAL BUREAU ) | **COUNSEL** |
| OF INVESTIGATION, et al. ) | |
| ) | |
| Defendants. ) | |

Undersigned counsel, Nicholas Bustmante of Ybarra Maldonado Law Group hereby enters a notice of association of counsel for the Plaintiffs, Natalia Mendoza and Andrew Free in this matter as co-counsel with Daniel Melo Law Group of The Melo Law Firm, PLLC.

**RESPECTFULLY SUBMITTED** this 15th day of October 2025.

By: */s/ Nicholas Bustamante*
     Nicholas Bustamante
     Ybarra Maldonado Law Group

1

## CERTIFICATE OF SERVICE

      I hereby certify that on October 15, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hom. James E Marner
United States District Court

Daniel Melo
Email: dan@themelolawfirm.com
The Melo Law Firm

                              By: */s/Nicholas Bustamante*
                                  Nicholas Bustamante, Esq.
                                  Attorney for Defendant