# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza, et al., | No. CV-25-00539-TUC-JCH |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Federal Bureau of Investigations, et al., | |
| Defendants. | |

This case, reassigned to the Honorable John C. Hinderaker, is hereby referred to Magistrate Judge James E. Marner for all pretrial proceedings and a report and recommendation in accordance with 28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72, and 72.2 of the Rules of Practice of the United States District Court for the District of Arizona. All future filings in this case shall be designated: **CV-25-00539-TUC-JCH (JEM)**.

Dated this 20th day of October, 2025.

_____
John C. Hinderaker
United States District Judge