TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for United States

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al., | Case No. 4:25-cv-00539-JEM |
| Plaintiffs, | **MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS** |
| v. | |
| U.S. Federal Bureau of Investigations; et al., | |
| Defendants. | |

The United States of America hereby moves for a stay of the above-captioned case.

1. At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies. The Department does not know when Congress will restore funding.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the United States therefore requests a stay of this case until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The United States

will confer with Plaintiffs and submit joint proposed deadlines for the resumption of the case to the Court.

      5.      Undersigned counsel reached out to Plaintiffs' counsel to ascertain their position on the stay but has not heard back as of the time of filing this motion.

Therefore, although the United States greatly regrets any disruption caused to the Court and the other litigants, the United States hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED:  October 22, 2025.

                                  TIMOTHY COURCHAINE
                                  United States Attorney
                                  District of Arizona

                                  *s/ Denise Ann Faulk*
                                  DENISE ANN FAULK
                                  Assistant U.S. Attorney

*/ MT Stay – Govt Shutdown*