IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al., | 4:25-cv-00539-JEM |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. Federal Bureau of Investigations; et al., | |
| Defendants. | |

On October 22, 2025, the United States filed a Motion for Stay of Case in Light of Lapse of Appropriations. For good cause shown, the United States' Motion is GRANTED.

It is ORDERED that the above-captioned case is STAYED pending the filing of a Notice of Resumed Government Activity by the United States.

It is further ORDERED that counsel for the United States shall file a Notice of Resumed Government Activity within five business days of the U.S. Department of Justice being funded and counsel's returning to work; and, if applicable, shall submit a proposed schedule for the remainder of litigation within fifteen days of said funding and return to work.