# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza, et al., | No. CV-25-00539-TUC-JCH (JEM) |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Federal Bureau of Investigations, et al., | |
| Defendants. | |

Before the Court is Defendant United States of America's Motion For Stay of Case In Light of Lapse of Appropriations ("Motion") (Doc. 13). On November 12, 2025, Public Law No. 119-37 was enacted effectively signaling an end to the lapse in appropriations that is the basis of the Motion. Accordingly,

**IT IS HEREBY ORDERED DENYING AS MOOT** the Motion For Stay of Case In Light of Lapse of Appropriations. (Doc. 13).

Dated this 17th day of November, 2025.



James E. Marner
United States Magistrate Judge