TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al., | Case No. 4:25-cv-00539-JHC (JEM) |
| Plaintiffs, | **MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| U.S. Federal Bureau of Investigations; et al., | (*First Request*) |
| Defendants. | |

Defendants Federal Bureau of Investigation, United States Department of State and Bureau of Indian Affairs (BIA), specially appearing by and through undersigned counsel, hereby move to extend the deadline to respond to the Complaint to January 23, 2026.

Undersigned counsel needs additional time to investigate the allegations in the Complaint, review relevant caselaw and identify and confer with multiple agency counsel.  Defendants' counsel must research applicable law and gather materials and information necessary to analyze the factual allegations in the Complaint and to determine any applicable defenses and draft an appropriate response.  Counsel has been unable to do so to date because the case was partially served[1] during the government shutdown and undersigned counsel and many agency employees were legally prohibited

---

[1] Plaintiffs did not serve the United States Attorney's Office with copies of the Summons for each Defendant, as Rule 4(i), Fed. R. Civ. P., requires, and the Certificate of Service does not show service on the BIA.  (Doc. 6.)

from working on the case until the government resumed operations on November 13, 2025. 31 U.S.C. § 1342.

Since Congress appropriated funds, undersigned counsel has been working diligently to locate agency counsel for each Defendant and ascertain their positions. Counsel's efforts have been complicated by the need to schedule deadlines in numerous other cases that the government shutdown similarly impacted and by attorney and staff vacancies at the United States Attorney's Office. Undersigned counsel also is scheduled to be out of the office for much of the remainder of the year and all of January (except one day) until January 20, 2026, during part of which time counsel will be unreachable.

Counsel certifies that this request is made in good faith and not for purposes of delay. Plaintiff does not consent to the extension.

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED: November 24, 2025.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

/ MTE Resp to Complaint

- 2 -