Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA TUSCON DIVISION

| | |
|---|---|
| Natalia Mendoza; Andrew Free,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>U.S. Federal Bureau of Investigation;<br>U.S. Department of State; U.S. Bureau<br>OF Indian Affairs<br><br>　　　　　Defendants. | Case No. 4:25-cv-00539-JEM |

AMENDED CERTIFICATE OF SERVICE

Due to a clerical error by the undersigned on the previously filed Certificate of Service (ECF No. 6), Plaintiffs submit this Amended Certificate of Service. Plaintiffs hereby certify that on or before October 7, 2025, copies of the Summons and Complaint, together with any exhibits, were served in accordance with Rule 4(i) of the Federal Rules of Civil Procedure via USPS certified mail upon the following (electronic tracking receipts attached):

　　Federal Bureau of Investigation
　　935 Pennsylvania Avenue, NW
　　Washington, DC 20535-0001

1

U.S. Department of State
The Executive Office, Office of the Legal Adviser
Suite 5.600, 600 19th Street NW
Washington, DC 20522

Bureau of Indian Affairs
MS-4606, MIB
1849 C Street, NW
Washington, DC 20240

U.S. Attorney, District of Arizona (Tucson Division)
405 W. Congress Street, Suite 4800
Tucson, AZ 85701-5040

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dated: November 25, 2025                By: /s/ Daniel Melo

                                        Daniel Melo
                                        The Melo Law Firm
                                        NC Bar # 48654
                                        2920 Forestville Road, Ste 100
                                        PMB 1192
                                        Raleigh, NC 27616
                                        Tel: (919) 348-9213
                                        dan@themelolawfirm.com
                                        *Pro Hac Vice*
                                        *Pro Bono Counsel For Plaintiffs*

## Electronic Delivery Confirmation™





The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5478 5854 29

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Oct 03 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0011485630

Bureau of Indian Affairs
1849 C ST NW STOP 4606,
MIB
WASHINGTON DC 20240-0001

| | |
|---|---|
| Reference | Mendoza Service |
| USPS # | 9402611898765478585429 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to an individual at the address at 8:39 am on October 6, 2025 in WASHINGTON, DC 20240. Your item was delivered to an individual at the address at 8:39 am on October 6, 2025 in WASHINGTON, DC 20240. |
| USPS History | Your item was delivered to an individual at the address at 8:39 am on October 6, 2025 in WASHINGTON, DC 20240. |
| | Redelivery Scheduled for Next Business Day, 10/05/2025, 12:07 pm, WASHINGTON, DC 20240 |
| | Arrived at Hub, October 5, 2025, 10:59 am, WASHINGTON, DC 20018 |
| | Arrived at USPS Regional Facility, October 5, 2025, 3:46 am, WASHINGTON DC DISTRIBUTION CENTER |
| | Departed USPS Regional Facility, October 5, 2025, 2:18 am, WASHINGTON DC DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, October 4, 2025, 12:58 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 10/04/2025, 12:41 pm |
| | Departed USPS Regional Facility, 10/04/2025, 12:06 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, October 4, 2025, 9:33 am, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 10/04/2025, 6:48 am |
| | Departed USPS Regional Facility, 10/04/2025, 3:45 am, RALEIGH NC |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

DISTRIBUTION CENTER
Arrived at USPS Regional Origin Facility, 10/03/2025, 7:00 pm, RALEIGH NC DISTRIBUTION CENTER
Departed Post Office, October 3, 2025, 5:38 pm, RALEIGH, NC 27661
USPS in possession of item, October 3, 2025, 11:08 am, RALEIGH, NC 27661
Shipping Label Created, USPS Awaiting Item, 10/03/2025, 8:56 am, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5478 5668 62

FBI Headquarters
935 PENNSYLVANIA AVE NW
WASHINGTON DC 20535-0001

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Oct 03 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0010937443

| | |
|---|---|
| Reference | Mendoza Service |
| USPS # | 9402611898765478566862 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 6:35 am on October 6, 2025 in WASHINGTON, DC 20535. Your item was picked up at the post office at 6:35 am on October 6, 2025 in WASHINGTON, DC 20535. |
| USPS History | Your item was picked up at the post office at 6:35 am on October 6, 2025 in WASHINGTON, DC 20535. |
| | Redelivery Scheduled for Next Business Day, 10/05/2025, 11:45 am, WASHINGTON, DC 20535 |
| | Arrived at Hub, October 5, 2025, 11:12 am, WASHINGTON, DC 20018 |
| | Arrived at USPS Regional Facility, October 5, 2025, 3:46 am, WASHINGTON DC DISTRIBUTION CENTER |
| | Departed USPS Regional Facility, October 5, 2025, 2:18 am, WASHINGTON DC DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, October 4, 2025, 12:58 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 10/04/2025, 12:41 pm |
| | Departed USPS Regional Facility, 10/04/2025, 12:06 pm, WASHINGTON DC DISTRIBUTION CENTER |
| | Arrived at USPS Regional Facility, October 4, 2025, 9:33 am, WASHINGTON DC DISTRIBUTION CENTER |
| | In Transit to Next Facility, 10/04/2025, 6:48 am |
| | Departed USPS Regional Facility, 10/04/2025, 3:45 am, RALEIGH NC DISTRIBUTION CENTER |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

Arrived at USPS Regional Origin Facility, 10/03/2025, 6:01 pm, RALEIGH NC DISTRIBUTION CENTER
Departed Post Office, October 3, 2025, 5:38 pm, RALEIGH, NC 27661
USPS in possession of item, October 3, 2025, 11:08 am, RALEIGH, NC 27661
Shipping Label Created, USPS Awaiting Item, 10/03/2025, 8:31 am, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5478 5892 29

US Attorney, District of Arizona
405 W CONGRESS ST STE 4800
TUCSON AZ 85701-5040

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Oct 03 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 8
11923275
Commercial



063S0011485630

| | |
|---|---|
| Reference | Mendoza Service |
| USPS # | 9402611898765478589229 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was delivered to the front desk, reception area, or mail room at 11:38 am on October 7, 2025 in TUCSON, AZ 85701. Your item was delivered to the front desk, reception area, or mail room at 11:38 am on October 7, 2025 in TUCSON, AZ 85701. |
| USPS History | Your item was delivered to the front desk, reception area, or mail room at 11:38 am on October 7, 2025 in TUCSON, AZ 85701.<br>Out for Delivery, 10/07/2025, 6:10 am, TUCSON, AZ 85701<br>Arrived at Post Office, 10/07/2025, 4:01 am, TUCSON, AZ 85726<br>Arrived at USPS Regional Destination Facility, 10/06/2025, 1:04 pm, TUCSON AZ DISTRIBUTION CENTER<br>In Transit to Next Facility, 10/05/2025<br>Arrived at USPS Regional Facility, October 4, 2025, 12:35 am, GREENSBORO NC DISTRIBUTION CENTER<br>Departed USPS Regional Facility, October 3, 2025, 10:03 pm, RALEIGH NC DISTRIBUTION CENTER<br>Arrived at USPS Regional Origin Facility, 10/03/2025, 7:02 pm, RALEIGH NC DISTRIBUTION CENTER<br>Departed Post Office, October 3, 2025, 5:38 pm, RALEIGH, NC 27661<br>USPS in possession of item, October 3, 2025, 11:08 am, RALEIGH, NC 27661<br>Shipping Label Created, USPS Awaiting Item, 10/03/2025, 8:42 am, RALEIGH, NC 27616 |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/08/2025 (UTC)**

## Electronic Delivery Confirmation™



The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

**USPS CERTIFIED MAIL**

9402 6118 9876 5478 5679 82

US DOJ
US Attorney General
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0009

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Oct 03 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0010282486

| | |
|---|---|
| Reference | Mendoza Service |
| USPS # | 9402611898765478567982 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 4:56 am on October 6, 2025 in WASHINGTON, DC 20530. Your item was picked up at the post office at 4:56 am on October 6, 2025 in WASHINGTON, DC 20530. |
| USPS History | Your item was picked up at the post office at 4:56 am on October 6, 2025 in WASHINGTON, DC 20530.<br>Redelivery Scheduled for Next Business Day, 10/05/2025, 12:26 pm, WASHINGTON, DC 20530<br>Arrived at Hub, October 5, 2025, 10:14 am, WASHINGTON, DC 20018<br>Arrived at USPS Regional Facility, October 5, 2025, 3:46 am, WASHINGTON DC DISTRIBUTION CENTER<br>Departed USPS Regional Facility, October 5, 2025, 2:18 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, October 4, 2025, 12:58 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 10/04/2025, 12:41 pm<br>Departed USPS Regional Facility, 10/04/2025, 12:06 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, October 4, 2025, 9:33 am, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 10/04/2025, 6:48 am<br>Departed USPS Regional Facility, 10/04/2025, 3:45 am, RALEIGH NC DISTRIBUTION CENTER |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

Arrived at USPS Regional Origin Facility, 10/03/2025, 8:01 pm, RALEIGH NC DISTRIBUTION CENTER
Departed Post Office, October 3, 2025, 5:38 pm, RALEIGH, NC 27661
USPS in possession of item, October 3, 2025, 11:14 am, RALEIGH, NC 27661
Shipping Label Created, USPS Awaiting Item, 10/03/2025, 8:23 am, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com.  Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

## Electronic Delivery Confirmation™




**USPS CERTIFIED MAIL**

The Melo Law Firm, PLLC
Daniel Melo
2920 FORESTVILLE RD STE 100,
PMB 1192
RALEIGH NC 27616-8774

US POSTAGE AND FEES PAID
PRIORITY MAIL IMI
Oct 03 2025
Mailed from ZIP 27616
1 LB PRIORITY MAIL RATE
ZONE 3
11923275
Commercial

063S0010937439

**USPS CERTIFIED MAIL**

9402 6118 9876 5478 5847 74

US Department of State
Office of Legal Adviser
HARRY S. TRUMAN BUILDING
ROOM 6421
WASHINGTON DC 20520-0001

| | |
|---|---|
| Reference | |
| USPS # | 9402611898765478584774 |
| USPS Mail Class | Certified with Electronic Delivery Confirmation |
| USPS Status | Your item was picked up at the post office at 6:05 am on October 6, 2025 in WASHINGTON, DC 20521. Your item was picked up at the post office at 6:05 am on October 6, 2025 in WASHINGTON, DC 20521. |
| USPS History | Your item was picked up at the post office at 6:05 am on October 6, 2025 in WASHINGTON, DC 20521.<br>Redelivery Scheduled for Next Business Day, 10/05/2025, 11:37 am, WASHINGTON, DC 20521<br>Arrived at Hub, October 5, 2025, 10:03 am, WASHINGTON, DC 20018<br>Arrived at USPS Regional Facility, October 5, 2025, 3:46 am, WASHINGTON DC DISTRIBUTION CENTER<br>Departed USPS Regional Facility, October 5, 2025, 2:18 am, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, October 4, 2025, 12:58 pm, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 10/04/2025, 12:41 pm<br>Departed USPS Regional Facility, 10/04/2025, 12:06 pm, WASHINGTON DC DISTRIBUTION CENTER<br>Arrived at USPS Regional Facility, October 4, 2025, 9:33 am, WASHINGTON DC DISTRIBUTION CENTER<br>In Transit to Next Facility, 10/04/2025, 6:48 am<br>Departed USPS Regional Facility, 10/04/2025, 3:45 am, RALEIGH NC DISTRIBUTION CENTER |

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**

Arrived at USPS Regional Origin Facility, 10/03/2025, 9:01 pm, RALEIGH NC DISTRIBUTION CENTER
Departed Post Office, October 3, 2025, 5:38 pm, RALEIGH, NC 27661
USPS in possession of item, October 3, 2025, 11:08 am, RALEIGH, NC 27661
Shipping Label Created, USPS Awaiting Item, 10/03/2025, 8:47 am, RALEIGH, NC 27616

**Electronic Delivery Confirmation Report © 2025 Certified Mail Envelopes, Inc. All rights reserved.**
Delivery data for this mailing was provided and officially recorded by the United States Postal Service®. Copies of this delivery record are available at www.USPS.com. Certified Mail® is a registered trademark of the United States Postal Service. All rights reserved.
Letter production and report formatting were completed by Certified Mail Envelopes, Inc., doing business as www.CertifiedMailLabels.com and www.SendCertifiedMail.com.
**Date Verified: 10/07/2025 (UTC)**