# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza, et al., <br><br> Plaintiffs, <br><br> v. <br><br> United States Federal Bureau of Investigations, et al., <br><br> Defendants. | No. CV-25-00539-TUC-JCH (JEM) <br><br> **ORDER** |

Before the Court is Defendants' Motion to Extend Deadline to Respond to Complaint. (Doc. 15.) Defendants request additional time to respond to the Complaint because of, *inter alia*, the recent lapse in appropriations, the coordination between the multiple government agencies involved and the apparent partial service on Defendants. The motion is opposed but no opposition has been filed. However, Plaintiffs filed an amended certificate of service. (Doc. 16.) The Court finds good cause to grant the motion. Accordingly,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion to Extend Deadline to Respond to Complaint (Doc. 15).The deadline for Defendants to respond to the Complaint is extended to **January 23, 2026**.

Dated this 3rd day of December, 2025.

_____
James E. Marner
United States Magistrate Judge