**YBARRA MALDONADO LAW GROUP**
Ray Ybarra Maldonado, No. 02706
3300 N. Central Avenue, Suite 17
Phoenix AZ 85012
Telephone: (602) 910-4040
courts@abogadoray.com

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Mendoza Et al, | Case No: CV-25-00539-JCH-JEM |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN LAW FIRM** |
| United States Federal Bureau of Investigations et al, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between counsel hereto that **RAY YBARRA MALDONADO and YBARRA MALDONADO LAW GROUP**, 3300 N. Central, Suite 1700, Phoenix, Arizona 85012, be substituted in as counsel of record for Defendant in the place of Nicholas Bustamante, in the above-entitled action. **NICHOLAS BUSTAMANTE** will be departing from the law firm and this case has been reassigned within the firm to Ray Ybarra Maldonado. All further pleadings and correspondence should be directed to **RAY YBARRA MALDONADO and YBARRA MALDONADO LAW GROUP**, 3300 N. Central, Suite 1700, Phoenix, Arizona 85012.

1

**RESPECTFULLY SUBMITTED** this 23rd day of January 2026.

YBARRA MALDONADO LAW GROUP

By: /s/*Ray Ybarra Maldonado*
Ray Ybarra Maldonado
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

**Hon. James E. Marner**
United States District Court

**Denise Ann Faulk**
Assistant United States Attorney
United States Attorney's Office

By: /s/*Ray Ybarra Maldonado*
Ray Ybarra Maldonado
Attorney for Defendant

2