TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for United States

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>U.S. Federal Bureau of Investigations; et al.,<br><br>　　　　　Defendants. | Case No. 4:25-cv-00539-JCH (JEM)<br><br>**MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>(*Second Request*) |

　　　　Defendants Federal Bureau of Investigation, United States Department of State and Bureau of Indian Affairs (BIA), by and through undersigned counsel, hereby move to extend the deadline to respond to the Complaint to February 6, 2026.

　　　　Undersigned counsel needs additional time to finalize the response to the Complaint.  Defendants' counsel has researched applicable law and gathered materials and information necessary to analyze the factual allegations in the Complaint and to determine any applicable defenses and draft an appropriate response.  Counsel needs additional time to confer with multiple agency counsel and a declarant to finalize the response and one of the declarations and to meet and confer with Plaintiffs' counsel.  Counsel has been unable to finalize the documents due to the unavailability of one of the declarants and to Counsel's time out of the office for much of December and January.  Counsel has returned to the country and has been working diligently on the response.

　　　　Counsel certifies that this request is made in good faith and not for purposes of

delay. Counsel queried Plaintiffs' counsel for Plaintiffs' position on the extension but has not received a response as of the time of filing.

A proposed form of order is submitted herewith.

RESPECTFULLY SUBMITTED: January 23, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

*/ MTE Resp to Complaint – 2d*