IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al., | 4:25-cv-00539-JCH (JEM) |
| Plaintiffs, | **ORDER** |
| v. | |
| U.S. Federal Bureau of Investigations; et al., | |
| Defendants. | |

Defendants having filed a motion to extend the time to respond to Plaintiffs' Complaint and good cause appearing, it is hereby

ORDERED that Defendants' motion is granted. Defendants shall respond to Plaintiffs' Complaint on or before February 6, 2026.