Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA TUSCON DIVISION

Natalia Mendoza; et. al,

               Plaintiffs,

     v.

U.S. Federal Bureau of Investigation; et al.

           Defendants.

Case No. 4:25-cv-00539-JCH (JEM)

## PLAINTIFFS' RESPONSE TO DEFENDANTS' SECOND MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

Plaintiffs Natalia Mendoza and Andrew Free, appearing by and through undersigned counsel, respond to Defendants' Second Motion to Extend the Deadline to Respond to Plaintiffs' Complaint filed on September 26, 2025. On Friday, January 23, 2026, the due date for the government's already-extended response to the Complaint, opposing counsel contacted the undersigned via email at 3:32 pm (MST), asking for Plaintiffs' position on an additional extension. Opposing counsel stated that she needed additional time to finalize a motion to dismiss, including

1

conferring with Plaintiffs regarding the motion, and getting a last declaration signed. Approximately thirty-five minutes later, before the undersigned counsel had the opportunity to even confer with his clients or respond to opposing counsel, the government filed the instant motion.

To date, opposing counsel has not contacted the undersigned regarding a response to Plaintiffs' Complaint nor attempted to confer with Plaintiffs regarding a motion to dismiss. Back on November 18, 2025, Defendants' counsel stated that the Federal Bureau of Investigation was gathering more records, but upon additional query from Plaintiffs' counsel regarding the other two agencies, opposing counsel stated she did not know if the Bureau of Indian Affairs or the State Department were aware of the case or had records.

Despite Plaintiffs' queries, the agencies involved have yet to communicate or attempt to meaningfully confer with Plaintiffs as to whether they have conducted a search, identified any records and the volume of those records, made a determination on Plaintiffs' FOIA requests, or, until the day required to file their reply, intend to seek dismissal of any claims or named parties if those issues cannot be cured by amendment (*see* LRCiv 12.1). Given that Defendants have only thirty days under the statute (*see* 5 U.S.C. § 552(a)(4)(C)) to respond to the Complaint and are now days away from five months of the filing of the Complaint, Plaintiffs respectfully ask the Court deny the motion without prejudice and order the Defendants to promptly confer and provide Plaintiffs with answers to these basic

questions before the grant of any additional extension of time to respond to the

Complaint.

Respectfully Submitted,

Dated: January 25, 2026                    By: /s/ Daniel Melo

                                           Daniel Melo
                                           The Melo Law Firm
                                           NC Bar # 48654
                                           2920 Forestville Road, Ste 100
                                           PMB 1192
                                           Raleigh, NC 27616
                                           Tel: (919) 348-9213
                                           dan@themelolawfirm.com
                                           *Pro Hac Vice*
                                           *Pro Bono Counsel For Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2026, the foregoing document was filed with the Clerk of the Court via CM/ECF, which will send notice of such filing to all counsel of record who are registered CM/ECF users in this case.

By: /s/ Daniel Melo
Daniel Melo