UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA TUSCON DIVISION

| | |
|---|---|
| Natalia Mendoza; et. al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. Federal Bureau of Investigation; et al.<br><br>　　　　Defendants. | Case No. 4:25-cv-00539-JCH (JEM)<br>**ORDER** |

　　Defendants, having filed a second motion to extend the time to respond to Plaintiffs' Complaint, have not timely conferred with Plaintiffs regarding basic questions concerning the litigation, including what determination each agency has made with respect to Plaintiffs' Freedom of Information Act requests, whether they intend to produce additional records, or seek a motion to dismiss certain claims or Defendants, have not shown good cause to grant the motion. Accordingly,

　　**IT IS HEREBY ORDERED, DENYING WITHOUT PREJUDICE** Defendants' Second Motion to Extend Deadline to Respond to Complaint (Doc. 19) until Defendants have adequately and timely conferred with Plaintiffs regarding the above issues and are further ordered for that conferral to take place on or before January 30th, 2026. The parties are also ordered to file a Joint Status report

regarding these issues on or before that date, after which time the Court may grant Defendants additional time to respond to Plaintiffs' Complaint.