TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for United States

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al., | Case No. 4:25-cv-00539-JCH (JEM) |
| Plaintiffs, | **RESPLY IN SUPPORT OF MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| v. | |
| U.S. Federal Bureau of Investigations; et al., | |
| Defendants. | |

Defendants Federal Bureau of Investigation, United States Department of State and Bureau of Indian Affairs (BIA), by and through undersigned counsel, reply in support of their motion to extend the deadline to respond to the Complaint to February 6, 2026.

Defendants filed the motion stating in part: "Counsel needs additional time to confer with multiple agency counsel and a declarant to finalize the response and one of the declarations *and to meet and confer with Plaintiffs' counsel*." (Doc. 19 at 1.) (Emphasis added.) Plaintiffs opposed the motion, in part, because Defendants' counsel had not yet conferred with Plaintiffs' counsel. (Doc. 20 at 2.)

Plaintiffs also assert that the case was filed almost five months ago and that Defendants had only thirty days to respond to the Complaint under the statute. (*Id.*) However, Plaintiffs neglect to recognize that the Complaint was served during the government shutdown, and Counsel and many agency employees were legally prohibited

1  from working on the case until the government resumed operations on November 13,
2  2025, as noted in Defendants' first motion to extend time. (Doc. 15 at 1-2.) And, as
3  Plaintiffs noted in their response, having been allowed to work on the case (and dozens of
4  others) for a matter of days, Counsel had not yet spoken with BIA or the State when they
5  conferred on November 18, 2025. Further, as noted in the November 24, 2025, motion,

> Since Congress appropriated funds, undersigned counsel has been working diligently to locate agency counsel for each Defendant and ascertain their positions. Counsel's efforts have been complicated by the need to schedule deadlines in numerous other cases that the government shutdown similarly impacted and by attorney and staff vacancies at the United States Attorney's Office. Undersigned counsel also is scheduled to be out of the office for much of the remainder of the year and all of January (except one day) until January 20, 2026, during part of which time counsel will be unreachable.

(Doc. 15 at 2.)

After returning to the country, Counsel returned to the office on January 20, 2026, and attempted to draft the motion and accompanying exhibits in time to confer with counsel and file on January 23, 2026. But, as noted in the second motion, one of the declarants became unavailable, so the declaration and motion could not be finalized. (Doc. 19.)

As stated in the motion, once the motion and last declaration are finalized, Counsel will confer with Plaintiffs' counsel as the local rule requires. For the foregoing reasons, and the reasons set forth in the motion, Defendants respectfully request that this Court grant their motion to extend time to respond to Plaintiffs' Complaint.

RESPECTFULLY SUBMITTED: January 26, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

/ MTE Resp to Complaint – 2d - Reply