# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza, et al., | No. CV-25-00539-TUC-JCH (JEM) |
| Plaintiffs, | **ORDER** |
| v. | |
| United States Federal Bureau of Investigations, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Extend Deadline to Respond to Complaint. (Doc. 19.) This is Defendant's second request. *Id*. The motion is fully briefed. (Doc. 20, 21.) The Court finds good cause to grant the motion. Future requests for an extension of time to respond to the Complaint will be viewed with disfavor. Accordingly,

**IT IS HEREBY ORDERED GRANTING** Defendants' Motion to Extend Deadline to Respond to Complaint (Doc. 19). The deadline for Defendants to respond to the Complaint is extended to **February 6, 2026**.

Dated this 27th day of January, 2026.

_____
James E. Marner
United States Magistrate Judge