Daniel Melo
The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA TUSCON DIVISION

| | |
|---|---|
| Natalia Mendoza; et. al,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>U.S. Federal Bureau of Investigation; et al.<br><br>　　　　Defendants. | Case No. 4:25-cv-00539-JEM |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO TWO DEFENDANTS

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs voluntarily dismiss this action in its entirety without prejudice as to Defendants US Bureau of Indian Affairs and US Department of State only. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendants have neither filed an answer to Plaintiffs' Complaint nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate.

Dated: February 10, 2026　　　　　　　　By: /s/ Daniel Melo

　　　　　　　　　　　　　　　　　　　Daniel Melo

1

The Melo Law Firm
NC Bar # 48654
2920 Forestville Road, Ste 100
PMB 1192
Raleigh, NC 27616
Tel: (919) 348-9213
dan@themelolawfirm.com
*Pro Hac Vice*
*Pro Bono Counsel For Plaintiffs*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 10, 2026, the foregoing document was filed with the Clerk of the Court via CM/ECF, which will send notice of such filing to all counsel of record who are registered CM/ECF users in this case.

By: /s/ Daniel Melo
Daniel Melo