IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza, et al.,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>United States Federal Bureau of Investigations, et al.,<br><br>　　　　　Defendants. | No. CV-25-00539-TUC-JCH (JEM)<br><br>**ORDER** |

　　　Before the Court is Defendants' Motion to Dismiss, which seeks dismissal of the Complaint against Defendants United States Bureau of Indian Affairs ("BIA") and United States Department of State ("State") (Doc. 23). On February 10, 2026, Plaintiff filed a Notice of Voluntary Dismissal Without Prejudice (Doc. 24), voluntarily dismissing Defendants BIA and State. (Doc. 24.) Accordingly,

　　　**IT IS ORDERED denying** Defendants' Motion to Dismiss as moot (Doc. 23).

　　　Dated this 10th day of February, 2026.

　　　　　　　　　　　　　　　　　　　　　　　　John C. Hinderaker
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge