TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for Federal Bureau of Investigation

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al., | Case No. 4:25-cv-00539-JCH (JEM) |
| Plaintiffs, | |
| v. | **ANSWER** |
| U.S. Federal Bureau of Investigations; et al., | |
| Defendants. | |

Defendant Federal Bureau of Investigation (FBI), by and through undersigned counsel, answers Plaintiffs' Complaint as follows:

1. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 1 of Plaintiffs' Complaint and therefore denies the same.

2. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 2 of Plaintiffs' Complaint and therefore denies the same.

3. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 3 of Plaintiffs' Complaint and therefore denies the same.

4. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 4 of Plaintiffs' Complaint and therefore denies the same.

5. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 5 of Plaintiffs' Complaint and therefore denies the same.

6. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 6 of Plaintiffs' Complaint and therefore denies the same. Additionally, Paragraph 6 refers to press accounts of events, and the FBI avers that the cited documents are the best evidence of their content.

7. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 7 of Plaintiffs' Complaint and therefore denies the same. Additionally, Paragraph 7 refers to press accounts of events, and the FBI avers that the cited documents are the best evidence of their content.

8. Paragraph 8 of Plaintiffs' Complaint contains statements which, if accurate, would be a matter of public record to which no response is required.

9. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 9 of Plaintiffs' Complaint and therefore denies the same.

10. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 10 of Plaintiffs' Complaint and therefore denies the same.

11. Paragraph 11 of Plaintiffs' Complaint contains legal conclusions and averments to which no response is required.

12. Paragraph 12 of Plaintiffs' Complaint contains averments to which no response is required.

13. The FBI denies the allegations in Paragraph 13 of Plaintiffs' Complaint.

14. Paragraph 14 of Plaintiffs' Complaint contains legal conclusions as to jurisdiction as to which no response is required. To the extent a response is required, the FBI admits only that this Court has jurisdiction subject to the terms and limitations of the Freedom of Information Act (FOIA). The FBI specifically denies that Plaintiffs are entitled to declaratory relief.

15. Paragraph 15 of Plaintiffs' Complaint contains legal conclusions as to venue as to which no response is required. To the extent a response is required, the FBI admits that venue is proper in this District.

16. Paragraph 16 of Plaintiffs' Complaint contains legal conclusions as to

which no response is required.

17. Paragraph 17 of Plaintiffs' Complaint contains legal conclusions as to which no response is required. To the extent a response is required, the FBI denies the allegations.

18. As to the allegations in Paragraph 18 of Plaintiffs' Complaint, the FBI admits only that this Court has jurisdiction over this matter subject to the terms and limitations of the FOIA. The FBI specifically denies that Plaintiffs are entitled to declaratory relief.

19. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 19 of Plaintiffs' Complaint and therefore denies the same.

20. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 20 of Plaintiffs' Complaint and therefore denies the same.

21. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 21 of Plaintiffs' Complaint and therefore denies the same.

22. The FBI is without sufficient knowledge or information to admit or deny the allegations in Paragraph 22 of Plaintiffs' Complaint and therefore denies the same.

23. The FBI admits the allegations in Paragraph 23 of Plaintiffs' Complaint.

24. As to the allegations in Paragraph 24 of Plaintiffs' Complaint, the FBI is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1) and is a component of the Department of Justice (DOJ), which is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1).

25. The allegations in Paragraph 25 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

26. The allegations in Paragraph 26 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

27. The FBI denies the allegations in Paragraph 27 of Plaintiffs' Complaint. The FBI specifically denies that Plaintiffs are entitled to declaratory relief.

28. As to the allegations in Paragraph 28 of Plaintiffs' Complaint, the FBI

1 avers that the cited documents are the best evidence of their content.

2      29. As to the allegations in Paragraph 29 of Plaintiffs' Complaint, the FBI
3 avers that the cited documents are the best evidence of their content.

4      30. As to the allegations in Paragraph 30 of Plaintiffs' Complaint, the FBI
5 avers that the cited documents are the best evidence of their content.

6      31. As to the allegations in Paragraph 31 of Plaintiffs' Complaint, the FBI
7 avers that the cited documents are the best evidence of their content.

8      32. As to the allegations in Paragraph 32 of Plaintiffs' Complaint, the FBI
9 avers that the cited documents are the best evidence of their content.

10      33. As to the allegations in Paragraph 33 of Plaintiffs' Complaint, the FBI
11 avers that the cited documents are the best evidence of their content.

12      34. As to the allegations in Paragraph 34 of Plaintiffs' Complaint, the FBI
13 avers that the cited documents are the best evidence of their content.

14      35. As to the allegations in Paragraph 35 of Plaintiffs' Complaint, the FBI
15 avers that the cited documents are the best evidence of their content.

16      36. The FBI admits the allegations in Paragraph 36 of Plaintiffs' Complaint.

17      37. Paragraph 37 of Plaintiffs' Complaint quotes a regulation as to which no
18 response is required.

19      38. As to the allegations in Paragraph 38 of Plaintiffs' Complaint, the FBI
20 avers that the cited documents are the best evidence of their content.

21      39. As to the allegations in Paragraph 39 of Plaintiffs' Complaint, the FBI
22 avers that the cited documents are the best evidence of their content.

23      40. As to the allegations in Paragraph 40 of Plaintiffs' Complaint, the FBI
24 avers that the cited documents are the best evidence of their content.

25      41. As to the allegations in Paragraph 41 of Plaintiffs' Complaint, the FBI
26 avers that the cited documents are the best evidence of their content.

27      42. As to the allegations in Paragraph 42 of Plaintiffs' Complaint, the FBI
28 avers that the cited documents are the best evidence of their content.

43.    As to the allegations in Paragraph 43 of Plaintiffs' Complaint, the FBI admits that, as of the time of filing the Complaint, it had not yet produced any additional records beyond what had already been produced.

44.    Paragraph 44 of Plaintiffs' Complaint includes vague and ambiguous allegations that are not material to this FOIA action and require no response.

45.    Paragraph 45 of Plaintiffs' Complaint contains legal conclusions to which no response is required.

46.    The FBI admits the allegations in Paragraph 46 of Plaintiffs' Complaint.

47.    The FBI admits the allegations in Paragraph 47 of Plaintiffs' Complaint.

48.    The allegations in Paragraph 48 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

49.    The allegations in Paragraph 49 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

50.    The allegations in Paragraph 50 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

51.    The allegations in Paragraph 51 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

52.    The allegations in Paragraph 52 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

53.    The allegations in Paragraph 53 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

54.    The allegations in Paragraph 54 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

55.    The allegations in Paragraph 55 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

56.    The allegations in Paragraph 56 of Plaintiffs' Complaint pertain to a dismissed Defendant and therefore require no response.

57.    The allegations in Paragraph 57 of Plaintiffs' Complaint pertain to a

1 | dismissed Defendant and therefore require no response.

2 |     58.    The allegations in Paragraph 58 of Plaintiffs' Complaint pertain to a
3 | dismissed Defendant and therefore require no response.

4 |     59.    The allegations in Paragraph 59 of Plaintiffs' Complaint pertain to a
5 | dismissed Defendant and therefore require no response.

6 |     60.    The allegations in Paragraph 60 of Plaintiffs' Complaint pertain to a
7 | dismissed Defendant and therefore require no response.

8 |     61.    The allegations in Paragraph 61 of Plaintiffs' Complaint pertain to a
9 | dismissed Defendant and therefore require no response.

10 |     62.    The allegations in Paragraph 62 of Plaintiffs' Complaint pertain to a
11 | dismissed Defendant and therefore require no response.

12 |     63.    The allegations in Paragraph 63 of Plaintiffs' Complaint pertain to a
13 | dismissed Defendant and therefore require no response.

14 |     64.    The FBI incorporates its responses to the previous paragraphs.

15 |     65.    Paragraph 65 of Plaintiffs' Complaint contains legal conclusions to which
16 | no response is required.

17 |     66.    Paragraph 66 of Plaintiffs' Complaint contains legal conclusions to which
18 | no response is required.

19 |     67.    Paragraph 67 of Plaintiffs' Complaint contains legal conclusions to which
20 | no response is required.

21 |     68.    The FBI denies the allegations in Paragraph 68 of Plaintiffs' Complaint.

22 |     69.    The FBI incorporates its responses to the previous paragraphs.

23 |     70.    Paragraph 70 of Plaintiffs' Complaint includes vague and ambiguous
24 | allegations that are not material to this FOIA action and require no response.

25 |     71.    The FBI denies the allegations in Paragraph 71 of Plaintiffs' Complaint.

26 |     72.    The FBI incorporates its responses to the previous paragraphs.

27 |     73.    Paragraph 73 of Plaintiffs' Complaint quotes a statute as to which no
28 | response is required.

|   |     |                                                                                              |
|---|-----|----------------------------------------------------------------------------------------------|
| 1 | 74. | The FBI denies the allegations in Paragraph 74 of Plaintiffs' Complaint. |
| 2 | 75. | The FBI incorporates its responses to the previous paragraphs. |
| 3 | 76. | The FBI denies the allegations in Paragraph 76 of Plaintiffs' Complaint. |
| 4 | 77. | Paragraph 77 of Plaintiffs' Complaint contains legal conclusions as to jurisdiction as to which no response is required. |
| 6 | 78. | The FBI incorporates its responses to the previous paragraphs. |
| 7 | 79. | Paragraph 79 of Plaintiffs' Complaint contains legal conclusions and averments to which no response is required.  The FBI is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1) and is a component of the Department of Justice, which is an agency of the United States within the meaning of 5 U.S.C. § 552(f)(1). |
| 12 | 80. | The FBI denies the allegations in Paragraph 80 of Plaintiffs' Complaint. |
| 13 | 81. | The FBI denies the allegations in Paragraph 81 of Plaintiffs' Complaint. |
| 14 | 82. | The FBI denies the allegations in Paragraph 82 of Plaintiffs' Complaint. |
| 15 | 83. | Paragraph 83 of Plaintiffs' Complaint contains legal conclusions as to jurisdiction as to which no response is required. |
| 17 | 84. | The FBI denies the allegations in Paragraph 84 of Plaintiffs' Complaint. |
| 18 | 85. | The FBI incorporates its responses to the previous paragraphs. |
| 19 | 86. | Paragraph 86 of Plaintiffs' Complaint contains legal conclusions as to jurisdiction as to which no response is required. |
| 21 | 87. | Paragraph 87 of Plaintiffs' Complaint contains legal conclusions as to jurisdiction as to which no response is required. |
| 23 | 88. | The FBI denies the allegations in Paragraph 88 of Plaintiffs' Complaint. |
| 24 | 89. | The FBI denies the allegations in Paragraph 89 of Plaintiffs' Complaint. |
| 25 | 90. | The FBI denies the allegations in Paragraph 90 of Plaintiffs' Complaint. |
| 26 | 91. | The FBI incorporates its responses to the previous paragraphs. |
| 27 | 92. | Paragraph 92 of Plaintiffs' Complaint contains legal conclusions as to jurisdiction as to which no response is required. |

93. The FBI denies the allegations in Paragraph 93 of Plaintiffs' Complaint.

94. The remainder of the Complaint, including sub-paragraphs 1 through 8, contains Plaintiffs' requested relief to which no response is required. The FBI denies that Plaintiffs are entitled to the relief requested or to any relief whatsoever.

95. The FBI denies all allegations not expressly admitted herein.

## DEFENSES

a. The FBI's actions or inactions did not violate the FOIA or any other statute or regulation.

b. This Court lacks subject matter jurisdiction over any of Plaintiffs' requests for relief that exceed the relief authorized by the FOIA, 5 U.S.C. § 552.

c. The FBI has not improperly withheld records Plaintiff requested under FOIA.

d. Plaintiffs are not entitled to compel production of any records, including portions of records that are not reasonably segregable, that may be protected from disclosure by one or more statutory exemptions. *See* 5 U.S.C. § 552(b).

e. Plaintiff is not entitled to production of records protected from disclosure under the FOIA, the release of which is precluded disclosure by a FOIA exclusion or would foreseeably harm an interest a FOIA exemption protects.

f. At all times alleged in the Complaint, the FBI acted in good faith, with justification and pursuant to authority.

g. FOIA does not provide for declaratory relief against a federal agency.

h. Plaintiffs have neither established eligibility for nor entitlement to attorney fees or costs under 5 U.S.C. § 552(a)(4)(E).

i. The FBI asserts that it has, or may have, additional defenses that are not known to it at this time, but which may be ascertained during litigation. The FBI specifically preserves these and other affirmative defenses as they are ascertained during litigation, including those required by Fed. R. Civ. P. 8 and 12.

WHEREFORE, the FBI respectfully requests that this Court dismiss the Complaint, enter Judgment in favor of the FBI, and grant such other and further relief as

the Court deems proper.

RESPECTFULLY SUBMITTED: February 25, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

*/ Answer*