TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona  85701-5040
Telephone:  (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for Federal Bureau of Investigations

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natalia Mendoza; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Federal Bureau of Investigations; et al.,<br><br>Defendants. | Case No. 4:25-cv-00539-JCH (JEM)<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Plaintiffs and Defendant Federal Bureau of Investigation (FBI), by and through undersigned counsel, hereby submit this Joint Settlement Status Report.  The parties have not reached a settlement agreement.  The parties do not request a reference to a Magistrate Judge for settlement purposes at this time.

RESPECTFULLY SUBMITTED:  July 28, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

The Melo Law Firm


/s/ *Daniel Melo with permission*
*Counsel for Plaintiffs*

*/ Jt Settlement Status Rpt*