TIMOTHY COURCHAINE
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
E-mail: denise.faulk@usdoj.gov
Attorneys for United States

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Natalia Mendoza; et al.,

Plaintiffs,

v.

U.S. Federal Bureau of Investigation; et al.,

Defendants.

Case No. 4:25-cv-00539-JCH (JEM)

**NOTICE OF FILING DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant Federal Bureau of Investigation, by and through undersigned counsel, hereby gives notice of filing its Declaration in support of its anticipated Motion for Summary Judgment, which is attached hereto.

RESPECTFULLY SUBMITTED: August 19, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

*/ Notice of Lodging Driver Declaration*